Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

Plaintiff: BOXABL, INC.

v.

Defendant: BOXHOUSE, ET AL

**STATEMENT OF NONSERVICE**
**CASE NO: 4:24-CV-00032-TS-PK**

Party to serve:
BOXHOUSE LOGISTICS YARD LLC

Process: SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT
THE UNDERSIGNED PERSON HEREBY CERTIFIES:
This office received this process on or about 3/27/2024
Party being served:  **Boxhouse Logistics Yard Llc** .

Date:  4-7-2024
Address Of Attempted Service: 109 S Bridge Pointe Way  St George, 84770
**109 S BRIDGE POINTE WAY , ST GEORGE, UT 84770   NON-SERVE - COMMENTS**

**4-3-2024 2:37 PM 109 S BRIDGE POINTE WAY , ST GEORGE, UT 84770 NO ANSWER**
**4-4-2024 5:07 PM 109 S BRIDGE POINTE WAY , ST GEORGE, UT 84770 NO ANSWER**
**4-5-2024 6:42 PM 109 S BRIDGE POINTE WAY , ST GEORGE, UT 84770 NO ANSWER**
**4-7-2024 6:35 PM 109 S BRIDGE POINTE WAY , ST GEORGE, UT 84770 NO ANSWER**

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 4-7-2024

By:_____

Server
SPENCER LUNDELL #406

**TOTAL FEES:**      **$55.00**

| | |
|---|---|
| Standard Service | $55.00 |
| | |
| | |
| | |

GORDON REES SCULLY MANSUKHANI, LLP
15 W SOUTH TEMPLE ST.
SALT LAKE CITY, UT 84101

Docket: 1818951

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| BOXABL, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BOXHOUSE, BOX HOUSE INC., BOXHOUSE LOGISTICS YARD LLC, BOXHOUSE VILLAGES ANDREWS LLC, BOXHOUSE VILLAGES ESCALANTE LLC, et al. | ) |
| *Defendant(s)* | ) |

Civil Action No.  4:24-cv-00032-TS-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOXHOUSE LOGISTICS YARD LLC
c/o Tom Callister
109 S Bridge Pointe Way
St. George, UT 84770

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark A. Nickel
Zachary A. Bloomer
Gordon Rees Scully Mansukhani, LLP
15 W South Temple, Suite 1600
Salt Lake City, UT 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar

*CLERK OF COURT*

Date:  03/26/2024



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00032-TS-PK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset