# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BOXABL, INC,<br><br>Plaintiff,<br><br>vs.<br><br>BOXHOUSE, BOX HOUSE INC., BOXHOUSE LOGISTICS YARD LLC, BOXHOUSE VILLAGES ANDREWS LLC, BOXHOUSE VILLAGES ESCALANTE LLC, BOXHOUSE VILLAGES MONAHANS LLC, BOXHOUSE VILLAGES TRINIDAD LLC, PHILIP BERNHISEL, AND HERITAGE PARTNERS, INC.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Case No. 4:24-cv-00032-TS-PK<br><br>Judge Ted Stewart<br><br>Magistrate Judge Paul Kohler |

The Court, having reviewed the Stipulated Motion to Extend Time for Defendants to Respond to the First Amended Complaint and for good cause appearing, HEREBY GRANTS the Stipulated Motion and ORDERS Defendants to file a response to the First Amended Complaint [ECF 8] on or before May 31, 2024.

DATED this _____ day of April 2024.

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge