IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BOXABL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOXHOUSE, BOX HOUSE INC., BOXHOUSE LOGISTICS YARD LLC, BOXHOUSE VILLAGES ANDREWS LLC, BOXHOUSE VILLAGES ESCALANTE LLC, BOXHOUSE VILLAGES MONAHANS LLC, BOXHOUSE VILLAGES TRINIDAD LLC, PHILIP BERNHISEL, AND HERITAGE PARTNERS, INC.,<br><br>Defendants. | ORDER TO SHOW CAUSE<br><br>Case No. 4:24-cv-00032-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

On July 30, 2024, the Court granted the parties' stipulated motion to extend the time for Defendants to respond to Plaintiff's complaint and ordered that Defendants' response was due on or before August 12, 2024.[1] As of the date of this Order to Show Cause, Defendants' response to Plaintiff's complaint is overdue, and Plaintiff has not taken any action to move this case forward.

Therefore, the court HEREBY ORDERS Plaintiff to show cause why this case should not be dismissed for lack of prosecution. Plaintiff must file a response to this Order to Show Cause on or before September 3, 2024, to inform the court of the status of this case and its intentions to proceed. Failure to do so may result in dismissal of this case.

[1] Docket No. 44.

DATED this 21st day of August, 2024.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge