Mark A. Nickel (Bar No. 14082)
Zachary A. Bloomer, (Bar No. 16353)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Ste. 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
zbloomer@grsm.com

*Attorneys for Boxabl, Inc.*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BOXABL, INC, <br><br> Plaintiff, <br><br> vs. <br><br> BOXHOUSE, BOX HOUSE INC., BOXHOUSE LOGISTICS YARD LLC, BOXHOUSE VILLAGES ANDREWS LLC, BOXHOUSE VILLAGES ESCALANTE LLC, BOXHOUSE VILLAGES MONAHANS LLC, BOXHOUSE VILLAGES TRINIDAD LLC, PHILIP BERNHISEL, AND HERITAGE PARTNERS, INC. <br><br> Defendants. | **VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Case No. 4:24-cv-00032-TS-PK <br><br> Judge Ann Marie McIff Allen <br><br> Magistrate Judge Paul Kohler |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby voluntarily stipulate to dismissal of this action, with prejudice, with each party to bear their own costs and fees.

*-----Remainder of page intentionally left blank; signature page to follow-----*

1 of 3

**DATED** this 3rd day of September 2024.

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ Zachary A. Bloomer
Mark A. Nickel
Zachary A. Bloomer
*Attorneys for Plaintiff*


RAY QUINNEY & NEBEKER P.C.

/s/ Michael K. Erickson
Michael K. Erickson (with permission)
*Attorneys for BoxHouse, Box House Inc.,
Boxhouse Logistics Yard LLC, Boxhouse
Villages Andrews LLC, Boxhouse Villages
Escalante, and Boxhouse Villages
Monahans LLC*


GROSS & ROONEY

/s/ Seamus W. Appel
Seamus W. Appel (with permission)
*Attorneys for Phil Bernhisel, Heritage
Partners, and Boxhouse Villages Trinidad*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August 2024, a copy of the foregoing **VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record. Parties who have not yet appeared on the record were served via email at the following:

Michael K. Erickson (12503)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400 P. O. Box 45385
Salt Lake City, UT 84145-0385
merickson@rqn.com
*Attorneys for BoxHouse, Box House Inc.,*
*Boxhouse Logistics Yard LLC, Boxhouse*
*Villages Andrews LLC, Boxhouse Villages*
*Escalante, and Boxhouse Villages Monahans LLC.*

Seamus W. Appel
**GROSS & ROONEY**
215 S State Street, Suite 800
Salt Lake City, UT 84111
seamus@grossrooney.com
*Attorneys for Phil Bernhisel, Heritage Partners,*
*and Boxhouse Villages Trinidad*